UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

BEN JERRY ALLISON aka
B.J. ALLISON

Debtor.

CASE NO.: 89-30223
CHAPTER 7

## MOTION FOR RULE 2004 PRODUCTION OF DOCUMENTS

William Walt Pettit, Chapter 7 Trustee (hereinafter "Trustee"), by and through counsel, hereby moves the Court, pursuant to Rule 2004(c) of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1, for an Order compelling the production of documents from MUFG Union Bank, N.A. (hereinafter "Union Bank"). In support thereof, Trustee shows the Court as follows:

1. The Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code on February 28, 1989.

2. The Trustee has used Union Bank since 1999 as the exclusive depository bank for the Estate.

3. Since January 31, 2022 Union Bank no longer sends monthly bank statements and copies of checks to account holders. Instead Union Bank requires that all account holders sign up for online banking which would allow an account holder access to all monthly statements.

4. The Trustee has spent a number of hours attempting to sign up for online banking and has had extended calls with customer service for Union Bank. Despite his efforts, the Trustee was not permitted online access and was informed that he would have to visit a branch to obtain access to online banking.

5. Union Bank only has branches in states that border the Pacific Ocean.

6. Trustee seeks to compel production of the documents from Union Bank as shown on Exhibit A which is attached hereto and incorporated herein by reference.

\\clt-file\ushare\WWP Files\Allison, Estate of BJ\Motion for Rule 2004 Production of Documents Union Bank.docx

WHEREFORE, The Trustee prays the Court as follows:

1. That the Court grant this Motion and order that MUFG Union Bank be required to produce the documents as shown on Exhibit A which is attached hereto and incorporated herein by reference;

2. That the documents be produced on December 19, 2022 at 10:00 a.m. in the offices of Hutchens Law Firm LLP 6230 Fairview Road, Suite 315, Charlotte, North Carolina 28210 or such other time and location as Trustee may agree; and

3. For such other and further relief as the Court may deem just and proper.

This the 22 day of November, 2022.

HUTCHENS LAW FIRM LLP
Attorneys for William Walt Pettit, Chapter 7 Trustee

By: /s/ William Walt Pettit
William Walt Pettit
N.C. Bar No. 9407
6230 Fairview Road, Suite 315
Charlotte, N.C. 28210
Telephone: (704) 362-9255
Email: walt.pettit@hutchenslawfirm.com

# EXHIBIT A

## DEFINITIONS

A copy of all bank account statements, deposit slips and checks regarding for the Estate account maintained at Union Bank, N.A. in the name of William Walt Pettit, Chapter 7 Trustee for B.J. Allison, account # XXXXX1524, for the following periods of time.

(a.) date of opening the account through August 1, 2012

(b.) September 30, 2014 through October 31, 2014

(c.) July 1, 2016 through July 30, 2016

(d.) December 31, 2016 through January 31, 2017

(e.) February 1, 2022 through present day.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>BEN JERRY ALLISON aka,<br>B.J. ALLISON<br><br>Debtor. | CASE NO.: 89-30223<br>CHAPTER 7 |

## CERTIFICATE OF SERVICE

I, William Walt Pettit, Chapter 7 Trustee, hereby certify that on the ____ day of November, 2022, I served a copy of the Motion For Rule 2004 Production of Documents *from MUFG Union Bank, N.A.* by either electronic notice in accordance with the local rules or by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, said envelope being addressed as follows:

Maye Lonora Allison
c/o Michael E. Lee
200 Westside Square Suite 803
Huntsville, AL 35801-4816

U.S. Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC 28202-1669

Gabriela Martinez
MUFG Union Bank, N.A. Registered Agent
445 South Figueroa Street, 10th Floor
Los Angeles, CA 90071
(by U.S. Certified Mail)

Officer, Director or Managing Agent
MUFG Union Bank, N.A.
400 California Street Corporate Trust-12 Floor
San Francisco, CA 94004
(by U.S. Certified Mail)

HUTCHENS LAW FIRM LLP
Attorneys for William Walt Pettit, Chapter 7 Trustee

By: /s/ William Walt Pettit
William Walt Pettit
N.C. Bar No. 9407
6230 Fairview Road, Suite 315
Charlotte, N.C. 28210
Telephone: (704) 362-9255
Telecopier: (704) 362-9268
Email: walt.pettit@hutchenslawfirm.com